| | |
|---|---|
| 1 | Matthew Franklin Jaksa (CA State Bar No. 248072) |
| 2 | HOLME ROBERTS & OWEN LLP<br>560 Mission Street, 25th Floor |
| 3 | San Francisco, CA 94105-2994<br>Telephone: (415) 268-2000 |
| 4 | Facsimile: (415) 268-1999 |
| 5 | Email: matt.jaksa@hro.com |
| 6 | Attorneys for Plaintiffs, |
| 7 | ELEKTRA ENTERTAINMENT GROUP<br>INC.; UMG RECORDINGS, INC.; |
| 8 | ATLANTIC RECORDING<br>CORPORATION; SONY BMG MUSIC |
| 9 | ENTERTAINMENT; and VIRGIN<br>RECORDS AMERICA, INC. |

*ORIGINAL FILED FEB 21 2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

*E-filing*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

CV 08 1050

| | | |
|---|---|---|
| 14 | ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and VIRGIN RECORDS AMERICA, INC., a California corporation, | CASE NO. _____ |
| 15 | | |
| 16 | | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Plaintiffs, | |
| 21 | v. | |
| 22 | JOHN DOE, | |
| 23 | Defendant. | |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35739 v1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  The following companies are parents of, or partners in Plaintiff ELEKTRA
7  ENTERTAINMENT GROUP INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner
8  Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music
9  Group Corp. is publicly traded in the U.S.

10  The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
11  Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
12  Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
13  publicly traded. Vivendi S.A. is publicly traded in France.

14  The following companies are parents of, or partners in Plaintiff ATLANTIC RECORDING
15  CORPORATION: Warner Bros. Records Inc.; WMG Acquisition Corp.; WMG Holdings Corp.;
16  and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded.
17  Warner Music Group Corp. is publicly traded in the U.S.

18  The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
19  ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
20  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
21  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
22  Corporation is publicly traded in the U.S.

23
24
25
26
27
28

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35739 v1

1    The following companies are parents of, or partners in Plaintiff VIRGIN RECORDS
2 AMERICA, INC.:  EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music
3 Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings
4 BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.;
5 and EMI Group Limited.

Dated:    February 21, 2008            HOLME ROBERTS & OWEN LLP

                                        By  /s/ Matthew Franklin Jaksa
                                        MATTHEW FRANKLIN JAKSA
                                        Attorney for Plaintiffs
                                        ELEKTRA ENTERTAINMENT GROUP INC.;
                                        UMG RECORDINGS, INC.; ATLANTIC
                                        RECORDING CORPORATION; SONY BMG
                                        MUSIC ENTERTAINMENT; and VIRGIN
                                        RECORDS AMERICA, INC.