| | |
|---|---|
| 1 | Matthew Franklin Jaksa (CA State Bar No. 248072) |
| 2 | HOLME ROBERTS & OWEN LLP<br>560 Mission Street, 25th Floor |
| 3 | San Francisco, CA 94105-2994<br>Telephone: (415) 268-2000 |
| 4 | Facsimile: (415) 268-1999 |
| 5 | Email: matt.jaksa@hro.com |

Attorneys for Plaintiffs,
ELEKTRA ENTERTAINMENT GROUP
INC.; UMG RECORDINGS, INC.;
ATLANTIC RECORDING
CORPORATION; SONY BMG MUSIC
ENTERTAINMENT; and VIRGIN
RECORDS AMERICA, INC.

RECEIVED
08 FEB 21 PM 5: 04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

FILED
FEB 2 - 2008

SI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

ELEKTRA ENTERTAINMENT GROUP INC.,
a Delaware corporation; UMG RECORDINGS,
INC., a Delaware corporation; ATLANTIC
RECORDING CORPORATION, a Delaware
corporation; SONY BMG MUSIC
ENTERTAINMENT, a Delaware general
partnership; and VIRGIN RECORDS
AMERICA, INC., a California corporation,

               Plaintiffs,

  v.

JOHN DOE,

               Defendant.

CASE NO. 08 1050

[PROPOSED] ORDER GRANTING
PLAINTIFFS' EX PARTE APPLICATION
FOR LEAVE TO TAKE IMMEDIATE
DISCOVERY

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION
Case No. _____
#35742 v1

Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa Cruz to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks documents that identify Defendant John Doe, including the name, current (and permanent) address and telephone number, e-mail address, and Media Access Control addresses for Defendant. The disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

DATED: 2/28/08

By: _____
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION
Case No. _____
#35742 v1