Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; ATLANTIC RECORDING CORPORATION; SONY BMG MUSIC ENTERTAINMENT; and VIRGIN RECORDS AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br><br>              Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br>              Defendant. | CASE NO. C 08-01050-SI<br><br>**Honorable Susan Illston**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Notice of Voluntary Dismissal
Case No. C 08-01050-SI
#37331 v1

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Elektra Entertainment Group Inc., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant John Doe, also identified as ID # 148335226 with IP address 169.233.59.105 2007-11-19 02:32:56 EST, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case..

Dated: May 9, 2008                                         HOLME ROBERTS & OWEN LLP


By:  ____*/s/ Matthew Franklin Jaksa*_____
          MATTHEW FRANKLIN JAKSA
          Attorney for Plaintiffs